ANDREW M. ALTSCHUL (#226008)
BUCHANAN ANGELI ALTSCHUL &
SULLIVAN LLP
321 SW 4th Avenue, Suite 600
Portland, Oregon 97204
Telephone: 503.974.5015
Facsimile: 971.230.0337
E-mail: *andrew@baaslaw.com*

Attorney for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORINDA PRUITT**, | |
| Plaintiff, | Case No. 2:11-cv-02140-JAM-JFM |
| v. | |
| **STANDARD INSURANCE COMPANY, ADMINISTRATOR OF THE ANDERSON MARKETING, INC. LONG TERM DISABILITY PLAN,** | **STIPULATED DISMISSAL** |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their respective counsel of record that the above-referenced action be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

| MARC WHITEHEAD & ASSOCIATES, L.L.P. | BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP |
|---|---|
| s/ Marc Whitehead | s/ Andrew Altschul |
| Marc Whitehead, *Pro Hac Vice* | Andrew Altschul, CSB No. 226008 |
| Marc@marcwhitehead.com | andrew@baaslaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

/ / /

/ / /

/ / /

- 1 -

**STIPULATED DISMISSAL -  Case No. 2:11-cv-02140-JAM-JFM**

IT IS SO ORDERED:

DATED:   2/13/2013

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE

-2-

**JOINT REQUEST OF TIME REGARDING THE SUMMARY JUDGMENT BRIEFING SCHEDULE**