1  ANDREW M. ALTSCHUL (#226008)
   BUCHANAN ANGELI ALTSCHUL &
2  SULLIVAN LLP
   321 SW 4th Avenue, Suite 600
3  Portland, Oregon  97204
   Telephone:  503.974.5015
4  Facsimile:   971.230.0337
   E-mail:  *andrew@baaslaw.com*
5
6      Attorney for Defendants
7
8                        UNITED STATES DISTRICT COURT
9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| **LORINDA PRUITT**, | |
| Plaintiff, | Case No. 2:11-cv-02140-JAM-JFM |
| v. | **STIPULATED DISMISSAL** |
| **STANDARD INSURANCE COMPANY, ADMINISTRATOR OF THE ANDERSON MARKETING, INC. LONG TERM DISABILITY PLAN,** | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties to this action through their respective counsel of record that the above-referenced action be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

MARC WHITEHEAD & ASSOCIATES, L.L.P.     BUCHANAN ANGELI ALTSCHUL &
                                        SULLIVAN LLP

s/ Marc Whitehead                       s/ Andrew Altschul
Marc Whitehead, *Pro Hac Vice*          Andrew Altschul, CSB No. 226008
Marc@marcwhitehead.com                  andrew@baaslaw.com
*Attorney for Plaintiff*                *Attorney for Defendants*

/ / /

/ / /

/ / /

- 1 -

**STIPULATED DISMISSAL -  Case No. 2:11-cv-02140-JAM-JFM**

IT IS SO ORDERED:

DATED:   2/13/2013

                                                    /s/ John A. Mendez_____

                                                    UNITED STATES DISTRICT COURT JUDGE

-2-

**JOINT REQUEST OF TIME REGARDING THE SUMMARY JUDGMENT BRIEFING SCHEDULE**